# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

PASCAL J. DUBOIS,

    Plaintiff,

v.                                                          CASE NO. 1:11cv220-MP-GRJ

EDWIN G. BUSS, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 14, 2011.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The motion to proceed in forma pauperis (doc. 2) is denied.

3.    This case is dismissed without prejudice under 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 16th day of November, 2011.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**